# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PETER J. PHILLIPS, JR.** and
**KIMBERLY J. PHILLIPS** a/k/a **KIMBERLY PHILLIPS**,
Appellants,

v.

**THE BANK OF NEW YORK MELLON** f/k/a **THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST**, **2005-FA9** and
**COUNTRYWOOD HOMEOWNERS ASSOCIATION, INC.**,
Appellees.

No. 4D17-1582

[February 28, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James T. Ferrara, Judge; L.T. Case No. 502016CA008642XXXXMB.

Brian Korte of Korte & Wortman, P.A., West Palm Beach, for appellants.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, and Eric M. Levine of Akerman LLP, West Palm Beach, for appellee The Bank of New York Mellon.

PER CURIAM.

*Affirmed. See HSBC Bank USA, Nat'l Ass'n v. Sanchez,* No. 4D17-1085 (Fla. 4th DCA Feb. 28, 2018); *PHH Mortg. Corp. v. Parish,* No. 2D17-561 (Fla. 2d DCA Jan. 26, 2018).

GERBER, C.J., GROSS and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***